Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2021

UNITED STATES OF AMERICA

v.

Docket No. 0208 1:14CR00546

Nicomedes Frasqueri

On June 05, 2019, the above named was placed on Supervised Release for a period of 48 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Nicomedes Frasqueri be discharged from Supervised Release.

Respectfully submitted,

by *Noah Joseph*
Noah Joseph
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 17th day of May, 2021.

Honorable Colleen McMahon
Senior U.S. District Judge